IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,     )
                              )
      Plaintiff,              )
                              )        MISC. ACTION NO.
      v.                      )        2:17mc3802-MHT
                              )            (WO)
WELLBORN CABINET, INC.,       )
Ashland, AL,                  )
                              )
      Garnishee,              )
                              )
VICKI J. GOODSON,             )
                              )
      Defendant.              )
```

DISPOSITION ORDER

A writ of continuing garnishment has been issued
and served upon garnishee Wellborn Cabinet, Inc.
Pursuant to the writ, garnishee Wellborn Cabinet filed
an answer on November 15, 2017, stating that at the
time of the service of the writ, that it employs
defendant Vicki J. Goodson and will withhold from
defendant Goodson's wages or salary the amount required
by law on a weekly basis.

Defendant Goodson was notified of her right to a hearing and has not requested one or otherwise objected to the writ.

**\*\*\***

Accordingly, it is ORDERED that:

(1) Garnishee Wellborn Cabinet, Inc. shall withhold 25 % from defendant Vicki J. Goodson's net weekly pay and shall promptly remit the identified nonexempt funds every pay period to the clerk of the court, One Church Street, Suite B-110, Montgomery, AL 36104;

(2) The clerk of court shall apply these funds to the restitution balance owed by defendant Goodson in case 2:97-cr-00227-ID (M.D. Ala.).

(3) This garnishment order shall remain in effect until satisfaction of the debt owed to plaintiff United States of America, defendant Goodson ceases employment with garnishee Wellborn Cabinet, Inc. (unless garnishee Wellborn Cabinet, Inc. reinstates or reemploys defendant Goodson within 90 days after the defendant

Goodson's dismissal or resignation) or by an order of this court quashing the writ of continuing garnishment.

(4) Plaintiff United States of America shall promptly notify the court and garnishee Wellborn Cabinet, Inc. upon satisfaction of the debt.

This case is administratively closed.

DONE, this the 29th day of December, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**